John J. Talton, Chapter 13 Trustee  
Pay to: CLERK Clerk of the Court  
Check No. 803907  
Please notify the Court & us of any changes made after filing of your claim (ex. account number, address, claim assignment, etc.)

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| | | | NOTICE TO DEPOSIT FUNDS | | | | |
| 04-61768 | 999-0 | CHARLES RAY SMITH<br>Original Check written to:<br>CHARLES RAY SMITH<br>P O BOX 216<br>EMORY, TX 75440 | | 0.00 | 5.00 | 0.00 | 5.00 |
| 04-62086 | 009-0 | MARK A SEWELL<br>Original Check written to:<br>NEUROCARE NETWORK<br>C/O COLLECTION SERVICE DIVISION<br>411 WEST FRONT STREET<br>TYLER, TX 75702 | xxxxxxx5844 | 475.45 | 40.78 | 0.00 | 40.78 |
| 04-62086 | 008-0 | MARK A SEWELL<br>Original Check written to:<br>NEUROCARE NETWORK<br>COLLECTION SVC DIVISION<br>411 WEST FRONT<br>TYLER, TX 75702- | xxxxxxx3981 | 543.85 | 66.15 | 0.00 | 66.15 |
| 05-60033 | 004-0 | BRUCE NEAL GAY<br>Original Check written to:<br>CHEROKEE CAD<br>2323 BRYAN STREET #1600<br>DALLAS, TX 75201-2644 | xxxxxxxxxxxxxxxx0623 | 0.00 | 883.91 | 0.00 | 883.91 |
| 05-68018 | 029-0 | KELLY LYONS<br>Original Check written to:<br>REGIONS BANK<br>ATTN: RECOVERY OPERATIONS<br>P O BOX 5149<br>MONTGOMERY, AL 36101 | 1218 | 3,857.49 | 5.95 | 0.00 | 5.95 |
| 07-20048 | 004-0 | GERALD LADON HANKS<br>Original Check written to:<br>ETPCU VISA GOLD<br>P.O. DRAWER 9750<br>LONGVIEW, TX 75608-9750 | xx0471 | 2,845.20 | 313.80 | 0.00 | 313.80 |
| 08-61159 | 003-0 | JOHN D HABOUSH<br>Original Check written to:<br>FEDERAL DEPOSIT INSURANCE CORP AS<br>RECEIVER FOR FRANKLIN BANK, S.S.B.<br>9800 RICHMOND AVE., SUITE 680<br>HOUSTON, TX 77042- | xxxxxxxxxxxx1187 | 3,342.09 | 0.00 | 5.07 | 5.07 |